RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE _____
BY _____

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

| | |
|---|---|
| ELLIOTT L. HOGAN | CIVIL ACTION NO. 06-1550-P |
| VERSUS | JUDGE HICKS |
| LARRY C. DEAN, ET AL. | MAGISTRATE JUDGE HORNSBY |

## MEMORANDUM RULING

Before the Court is an Objection filed by the Petitioner [Doc. No. 9] to a Report and Recommendation [Doc. No. 8] filed by the Magistrate Judge which recommends that the Complaint in this matter be dismissed as frivolous. That Complaint concerns injuries which Petitioner contends he received during his incarceration at the Bossier Parish Sheriff's Department between March 10, 2002 and December 15, 2003. [Doc. No. 1]. The prescriptive period applicable to these Section 1983 claims is one year. Gates v. Spinks, 771 F.2d 916 (5th Cir. 1985); La. C. C. art. 3492. Since the Complaint was not filed until September of 2006, the Magistrate Judge recommended that it be dismissed as untimely. [Doc. No. 8].

Petitioner objects to the Report and Recommendation, arguing that the prescriptive period did not begin to run until he became aware that he had suffered an injury or had sufficient information to know that he had been injured. [Doc. No. 9 at 2]. Petitioner goes on to argue that he "did not quite understand that he had a claim for his injuries" due to his lack of access to law libraries or to other legal assistance. However, Petitioner's ignorance of his legal *remedies* is not ignorance of the *injuries themselves*. Since Petitioner does not allege that he did not know he was being injured during his incarceration prior to 2003, his cause of action accrued during that time.

Therefore:

**IT IS ORDERED** that the complaint be **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e).

**THUS DONE AND SIGNED** in Shreveport, Louisiana, on this 4th day of January, 2006.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE