RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 1 / 4 / 07
BY ____

# UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF LOUISIANA

### SHREVEPORT DIVISION

| | |
|---|---|
| ELLIOTT L. HOGAN | CIVIL ACTION NO. 06-1550-P |
| VERSUS | JUDGE HICKS |
| LARRY C. DEAN, ET AL. | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons stated in the Court's memorandum ruling, and those stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the written objection filed by Petitioner, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that the complaint be **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e).

**THUS DONE AND SIGNED** in Shreveport, Louisiana, on this 4th day of January, 2007.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE